PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
ERIN A. JURRENS, MO 61402
Special Assistant United States Attorney
      Office of the General Counsel
      Social Security Administration
      6401 Security Boulevard
      Baltimore, MD 21235
      Telephone: (877) 833-2445
      E-Mail: Erin.Jurrens@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISA VILLEGAS,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 1:22-CV-1270-BAM<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; [PROPOSED] ORDER** |

      IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Kilolo

Kijakazi, Acting Commissioner of Social Security ("Defendant"), through their undersigned

counsel of record, that the above-entitled action shall be remanded to the Commissioner of

Social Security for further administrative proceedings.

      Upon remand, the Appeals Council will remand the case to an Administrative Law

Judge (ALJ) for a new decision, and instruct the ALJ to re-evaluate the evidence of record.  The

parties further request that the Court direct the Clerk of the Court to enter a final judgment in

favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

1   This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the

2   Social Security Act, 42 U.S.C. 405(g).

3

4   Dated:  May 1, 2023            /s/  Meghan O. Lambert*

5                                   MEGHAN O. LAMBERT
                                    Attorney for Plaintiff
6                                   *Authorized via e-mail on May 1, 2023

7                                   PHILLIP A. TALBERT
                                    United States Attorney
8                                   MATHEW W. PILE
                                    Associate General Counsel
9                                   Social Security Administration

10                        By:     /s/ Erin A. Jurrens
                                    ERIN A. JURRENS
11                                  Special Assistant U.S. Attorney

12                                  Attorneys for Defendant

13

14

15                                **ORDER**

16        Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of

17   42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown,

18   IT IS HEREBY ORDERED that the above-captioned action is remanded to the Commissioner

19   of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of

20   the Social Security Act, 42 U.S.C. 405(g).  The Clerk of the Court shall enter a final judgment

21   in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

22

23   IT IS SO ORDERED.

24

25   Dated:   **May 1, 2023**            /s/ Barbara A. McAuliffe

26                                   UNITED STATES MAGISTRATE JUDGE

27

28